NO. 07-06-0320-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 14, 2006

_____

CONSTANTINE SAADEH, M.D., APPELLANT

V.

PAULA REED-WHITLEY AND EDDIE WHITLEY, APPELLEES

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 91,387-E; HONORABLE ABE LOPEZ, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Constantine Saadeh, M.D. perfected this appeal from the trial court's judgment and amended judgment in favor of appellees Paula Reed-Whitley and Eddie Whitley. On August 25, 2006, the trial court granted Saadeh's motion for new trial and vacated the judgment and amended judgment. An order granting a new trial vacates the

original judgment appealed from and returns the case to the trial court as if no previous trial or hearing had been conducted. *See* Old Republic Ins. Co. v. Scott, 846 S.W.2d 832, 833 (Tex. 1993); Long John Silver's, Inc. v. Martinez, 850 S.W.2d 773, 777 (Tex.App.–San Antonio 1993, writ dism'd w.o.j.). Thus, there is no final judgment from which an appeal may be prosecuted.

Accordingly, the appeal is dismissed for want of jurisdiction.

Don H. Reavis
Justice